1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )    CR 06-00851-01-PCT-FJM
                                            )
10              Plaintiff,                   )
                                            )
11  vs.                                     )
                                            )
12  Stanley JJ Silversmith,                 )    **DETENTION  ORDER**
                                            )
13              Defendant.                   )
                                            )
14  _____)

15

16        A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on October 13, 2010.

18        **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2   court.

3   DATED this 13th day of October, 2010.

4

5

6   Lawrence O. Anderson
    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28